THE HONORABLE DAVID G. ESTUDILLO, CHIEF JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DR. DAVID LUXTON, an individual, | No. 3:23-cv-05238-DGE |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEFS** |
| WASHINGTON STATE DEPARTMENT OF VETERAN AFFAIRS, a government agency, | **NOTED FOR CONSIDERATION: JANUARY 3, 2025** |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to File Overlength Briefs ("Motion"). The Court has reviewed the foregoing Motion and the records and pleadings already on file.

Based on the foregoing, the Defendant's Motion is hereby GRANTED in part. Defendant's Motion for Summary Judgment will be limited to 11,500 words and any Reply will be limited to 5,500 words.  Any Response by Plaintiff will be limited to 11,500 words.

IT IS SO ORDERED.

///

///

///

ORDER GRANTING IN PART DEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEFS - 1
CASE NO. 3:23-CV-05238-DGE

DONE this 6th day of January, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING IN PART DEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEFS - 2
CASE NO. 3:23-CV-05238-DGE